# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br>ANDREY GHINKUL )<br>   a/k/a Andrei Ghincul )<br>   a/k/a "smilex," )<br>  )<br>MAKSIM VIKTOROVICH YAKUBETS )<br>   a/k/a "aqua," )<br>  )<br>IGOR TURASHEV )<br>   a/k/a "nintutu," )<br>  )<br>MAKSIM MAZILOV )<br>   a/k/a "caramba,"   and, )<br>  )<br>ANDREY SHKOLOVOY )<br>   a/k/a "caramba," )<br>  )<br>   Defendants. ) | Civil Action No. 15-1315 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff, the United States of America, by and through its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania and Brian A. Benczkowski, Assistant Attorney General, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses its claims in this civil action against Defendants Maksim Mazilov a/k/a "caramba," and Andrey Shkolovoy a/k/a "caramba" without prejudice.

Respectfully submitted,

| | |
|---|---|
| SCOTT W. BRADY<br>United States Attorney | BRIAN A. BENCZKOWSKI<br>Assistant Attorney General |
| /s/ Jennifer R. Andrade<br>JENNIFER R. ANDRADE<br>Assistant U.S. Attorney<br>Western District of Pennsylvania<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219<br>(412) 894-7426 Phone<br>(412) 644-4549 Fax<br>PA ID No. 94685<br>Jennifer.Andrade@usdoj.gov | /s/ Cristina Posa<br>CRISTINA POSA<br>Senior Counsel<br>U.S. Department of Justice<br>Criminal Division<br>Computer Crime and Intellectual<br>  Property Section<br>1301 New York Avenue NW, Suite 600<br>Washington, D.C. 20530<br>(202) 598-6383 Phone<br>(202) 514-6113 Fax<br>NY Bar Reg. No. 3986098<br>cristina.posa@usdoj.gov |

## **ORDER**

**IT IS HEREBY ORDERED** that Defendants Maksim Mazilov a/k/a "caramba," and Andrey Shkolovoy a/k/a "caramba," are dismissed from this civil action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall amend the caption accordingly.

Entered this _____ day of _____, 2019.

_____
HON. CATHY BISSOON
UNITED STATES DISTRICT JUDGE